**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Middle District of North Carolina**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Jamye** <br> First name <br><br> **Waltrina** <br> Middle name <br><br> **Bridges-Pass** <br> Last name <br><br> _____ <br> Suffix (Sr., Jr, II, III) | **Scott** <br> First name <br><br> **Ariel** <br> Middle name <br><br> **Pass** <br> Last name <br><br> _____ <br> Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Jamye** <br> First name <br><br> **W.** <br> Middle name <br><br> **Bridges** <br> Last name <br><br> _____ <br> Business name (if applicable) <br><br> _____ <br> Business name (if applicable) | **Scott** <br> First name <br><br> **A.** <br> Middle name <br><br> **Pass** <br> Last name <br><br> _____ <br> Business name (if applicable) <br><br> _____ <br> Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – **5  0  0  0** <br><br> OR <br><br> **9**xx – xx – ___ ___ ___ ___ | xxx – xx – **3  5  0  6** <br><br> OR <br><br> **9**xx – xx – ___ ___ ___ ___ |

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** | |
|---|---|---|---|---|
| Debtor 2 | **Scott** | **Ariel** | **Pass** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**About Debtor 1:**

**About Debtor 2 (Spouse Only in a Joint Case):**

**4. Your Employer Identification Number (EIN), if any.**

EIN  __ __ – __ __ __ __ __ __ __

EIN  __ __ – __ __ __ __ __ __ __

EIN  __ __ – __ __ __ __ __ __ __

EIN  __ __ – __ __ __ __ __ __ __

**5. Where you live**

**5011 Bartholomews Lane**

Number        Street

**Greensboro, NC 27407**

City                              State     ZIP Code

**Guilford**

County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number        Street

P.O. Box

City                              State     ZIP Code

**If Debtor 2 lives at a different address:**

_____

Number        Street

_____

_____

City                              State     ZIP Code

_____

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number        Street

P.O. Box

City                              State     ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____

_____

_____

_____

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** | |
|---|---|---|---|---|
| Debtor 2 | **Scott** | **Ariel** | **Pass** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

## Part 2: Tell the Court About Your Bankruptcy Case

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | | MM / DD / YYYY | |
| | District _____ | When _____ | Case number _____ |
| | | MM / DD / YYYY | |
| | District _____ | When _____ | Case number _____ |
| | | MM / DD / YYYY | |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.
☐ Yes.

| | Debtor _____ | | Relationship to you _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |
| | | MM / DD / YYYY | |
| | Debtor _____ | | Relationship to you _____ |
| | District _____ | When _____ | Case number, if known _____ |
| | | MM / DD / YYYY | |

**11.** **Do you rent your residence?**

☑ No.  Go to line 12.

☐ Yes.  Has your landlord obtained an eviction judgment against you?

   ☐ No. Go to line 12.

   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** | |
|---|---|---|---|---|
| Debtor 2 | **Scott** | **Ariel** | **Pass** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

## Part 3:  Report About Any Businesses You Own as a Sole Proprietor

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number       Street

_____

_____
City                        State          ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** | |
| Debtor 2 | **Scott** | **Ariel** | **Pass** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.  What is the hazard?

_____

_____

_____

If immediate attention is needed, why is it needed?

_____

_____

_____

Where is the property?

_____

_____
Number      Street

_____
City                              State      ZIP Code

| Debtor 1 | Jamye | Waltrina | Bridges-Pass | |
|---|---|---|---|---|
| Debtor 2 | Scott | Ariel | Pass | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

**Part 5:** Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Scott** | **Ariel** | **Pass** | | Case number *(if known)* |
| | First Name | Middle Name | Last Name | | |

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts. _____

**17. Are you filing under Chapter 7?**

☑ No. I am not filing under Chapter 7. Go to line 18.

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Jamye Waltrina Bridges-Pass**

Jamye Waltrina Bridges-Pass, Debtor 1

Executed on **09/17/2025**
        MM/ DD/ YYYY

X **/s/ Scott Ariel Pass**

Scott Ariel Pass, Debtor 2

Executed on **09/17/2025**
        MM/ DD/ YYYY

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** | |
|---|---|---|---|---|
| Debtor 2 | **Scott** | **Ariel** | **Pass** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ Damon Duncan** _____        Date **09/17/2025** _____
Signature of Attorney for Debtor                                    MM / DD / YYYY

**Damon Duncan** _____
Printed name

**Duncan Law, LLP** _____
Firm name

**3447 Robinhood Rd. #202** _____
Number        Street

_____

**Winston Salem** _____        **NC**    **27106** _____
City                                                State    ZIP Code

Contact phone **(336) 245-4294** _____        Email address **damonduncan@duncanlawonline.com**

**39650** _____        **NC** _____
Bar number                                            State

Fill in this information to identify your case and this filing:

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Scott** | **Ariel** | **Pass** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __**Middle**__ District of __**North Carolina**__

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                      12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| **Part 1:** | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   **What is the property?** Check all that apply.

   **Do not deduct secured claims or exemptions. Put the amount of any secured claims on** *Schedule D: Creditors Who Have Claims Secured by Property.*

   1.1 **Debtors' Primary Residence**
   Street address, if available, or other description

   **5011 Bartholomews Lane**

   **Greensboro, NC 27407**
   City        State        ZIP Code

   **Guilford**
   County

   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: _____

   Source of Value: **County Tax Records**

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $162,800.00 | $162,800.00 |

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

   **Fee Simple**

   ☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ...................................➔   | $162,800.00 |

| **Part 2:** | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

Debtor **Bridges-Pass, Jamye Waltrina; Pass, Scott Ariel**  Case number *(if known)* _____

---

3.1

| Make: | **Nissan** |
| Model: | **Altima** |
| Year: | **2022** |
| Approximate mileage: | **26,000** |

Other information:

> **Source of Value: 90% of JD Power Clean Retail Value**
> **Includes: Aluminum/Alloy Wheels**
> **VIN: 1N4BL4EW0NN408809**

**Who has an interest in the property?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| $24,840.00 | $24,840.00 |

If you own or have more than one, describe here:

3.2

| Make: | **Cadillac** |
| Model: | **XT6** |
| Year: | **2020** |
| Approximate mileage: | **50,000** |

Other information:

> **Source of Value: 90% of JD Power Clean Retail Value**
> **Includes: Rear Entertainment System; Rear Parking Sensors; Technology Package; Heads-Up Display; Certified Pre-Owned; Driver Assist Package; Adaptive Cruise Control; Luggage Rack; Navigation System; Rear Bucket Seats**
> **VIN: 1GYKPDRS8LZ110949**

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| $33,030.00 | $33,030.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- ☑ No
- ☐ Yes

4.1

| Make: | _____ |
| Model: | _____ |
| Year: | _____ |

Other information:

> 

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| | |

---

Debtor  **Bridges-Pass, Jamye Waltrina; Pass, Scott Ariel**                    Case number *(if known)* _____

| | |
|---|---|
| 5. | **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ....................................................... ➔ | **$57,870.00** |

| Part 3: | Describe Your Personal and Household Items |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following items?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**

   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No

   ☑ Yes. Describe. .........

   | |
   |---|
   | **\*\*SURRENDER\*\*** **Refrigerator** **Value Determined by Used Replacement Cost** **Joint** <br><br> **Miscellaneous household goods and furnishings (including items listed in SOFA #21)** **Value determined by used replacement cost** **Joint** |

   $2,500.00

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No

   ☑ Yes. Describe. .........

   | |
   |---|
   | **Miscellaneous electronics including cell phones, computers, tablets, game consoles and games, televisions, phones, and cameras.** **Value determined by used replacement cost** **Joint** |

   $500.00

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No

   ☐ Yes. Describe. .........

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No

   ☐ Yes. Describe. .........

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No

    ☐ Yes. Describe. .........

Debtor __Bridges-Pass, Jamye Waltrina; Pass, Scott Ariel__                    Case number *(if known)* _____

---

11.  **Clothes**

*Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes. Describe. .........

| | |
|---|---|
| Miscellaneous clothing and apparel<br>Value determined by used replacement cost<br>Debtor 1<br><br>Miscellaneous clothing and apparel<br>Value determined by used replacement cost<br>Debtor 2 | $3,000.00 |

12.  **Jewelry**

*Examples:*  Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes. Describe. .........

| | |
|---|---|
| Miscellaneous jewelry<br>Value determined by used replacement cost<br>Joint<br><br>Wedding Jewelry<br>Value Determined by Used Replacement Cost<br>Joint | $1,225.00 |

13.  **Non-farm animals**

*Examples:*  Dogs, cats, birds, horses

☑ No

☐ Yes. Describe. .........

14.  **Any other personal and household items you did not already list, including any health aids you did not list**

☐ No

☑ Yes. Give specific information. .............

| | |
|---|---|
| Two CPAP Machines<br>Value Determined by Used Replacement Cost<br>Joint | $1,000.00 |

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................................................................................................................  ➡   **$8,225.00**

---

**Part 4:**    Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?                    Current value of the portion you own?<br>Do not deduct secured claims or exemptions.

16.  **Cash**

*Examples:*  Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes ...............................................................................................................................................  Cash: ...................    **$20.00**

---

Debtor  __Bridges-Pass, Jamye Waltrina; Pass, Scott Ariel__                   Case number *(if known)* _____

---

17. **Deposits of money**

   *Examples:*  Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No

   ☑ Yes .....................

   Institution name:

   **\*\*EMPTY\*\***
   **Name of Bank : Truliant**
   **Value determined by recent account balance**
   **Joint**

   | 17.1. Checking account: | **Account Number: 4819** | **$0.00** |
   |---|---|---|

   **Name of Bank : Bank of Oak Ridge**
   **Value determined by recent account balance**
   **Debtor 1**

   | 17.2. Checking account: | **Account Number: 7980** | **$30.36** |
   |---|---|---|

   **Name of Bank : Bank of Oak Ridge**
   **Value determined by recent account balance**
   **Debtor 1 and Non-Filing Person**

   | 17.3. Checking account: | **Account Number: 2746** | **$25.00** |
   |---|---|---|

   **Name of Bank : Truist Bank**
   **Value determined by recent account balance**
   **Debtor 1**

   | 17.4. Checking account: | **Account Number: 1601** | **$74.31** |
   |---|---|---|

   **Name of Bank : Wells Fargo**
   **Value determined by recent account balance**
   **Debtor 1**

   | 17.5. Checking account: | **Account Number: 4245** | **$253.75** |
   |---|---|---|

   **Name of Bank : Wells Fargo**
   **Value determined by recent account balance**
   **Joint**

   | 17.6. Checking account: | **Account Number: 0600** | **$290.00** |
   |---|---|---|

   **Name of Bank : Bank of Oak Ridge**
   **Value determined by recent account balance**
   **Debtor 1**

   | 17.7. Savings account: | **Account Number: 1881** | **$150.01** |
   |---|---|---|

   **Name of Bank : Truliant**
   **Value determined by recent account balance**
   **Joint**

   | 17.8. Savings account: | **Account Number: 4801** | **$5.00** |
   |---|---|---|

   **Name of Bank : Wells Fargo**
   **Value determined by recent account balance**
   **Debtor 1**

   | 17.9. Savings account: | **Account Number: 8376** | **$24.44** |
   |---|---|---|

---

Debtor  **Bridges-Pass, Jamye Waltrina; Pass, Scott Ariel**                    Case number *(if known)* _____

---

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No

    ☐ Yes ..................... Institution or issuer name:

    _____       _____

    _____       _____

    _____       _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No

    ☐ Yes. Give specific information about them.................... Name of entity:                          % of ownership:

    _____   _____   _____

    _____   _____   _____

    _____   _____   _____

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No

    ☐ Yes. Give specific information about them.................... Issuer name:

    _____       _____

    _____       _____

    _____       _____

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No

    ☑ Yes. List each account separately.  Type of account:    Institution name:

    Retirement account:   **Type of Retirement: 401(k)**
                          **ERISA qualified**
                          **Value determined by recent balance**                 $21,000.00
                          **Debtor 1**

    Retirement account:   **Type of Retirement: 401(k)**
                          **ERISA qualified**
                          **Value determined by recent balance**                 $3,900.00
                          **Debtor 2**

---

Debtor   **Bridges-Pass, Jamye Waltrina; Pass, Scott Ariel**                    Case number *(if known)*_____

---

22.  **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes ......................        Institution name or individual:

                                 Electric: _____      _____

                                   Gas: _____      _____

                                   Heating oil: _____      _____

                                   Security deposit on rental unit: _____      _____

                                   Prepaid rent: _____      _____

                                   Telephone: _____      _____

                                   Water: _____      _____

                                   Rented furniture: _____      _____

                                   Other: _____      _____

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes ...................        Issuer name and description:

                           _____      _____

                           _____      _____

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes .....................       Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

                           _____      _____

                           _____      _____

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them. ...

---

Official Form 106A/B                **Schedule A/B: Property**                page **7**

Debtor    **Bridges-Pass, Jamye Waltrina; Pass, Scott Ariel**                    Case number *(if known)*_____

---

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes. Give specific
    information about them. ...

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No
    ☐ Yes. Give specific
    information about them. ...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ☑ No
    ☐ Yes. Give specific information about
    them, including whether you
    already filed the returns and
    the tax years. ...................

    Federal: _____
    State: _____
    Local: _____

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
    settlement

    ☑ No
    ☐ Yes. Give specific information. ........

    Alimony: _____
    Maintenance: _____
    Support: _____
    Divorce settlement: _____
    Property settlement: _____

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
    Social Security benefits; unpaid loans you made to someone else

    ☑ No
    ☐ Yes. Give specific information. ........

---

Debtor  **Bridges-Pass, Jamye Waltrina; Pass, Scott Ariel**                     Case number *(if known)* _____

---

31.  **Interests in insurance policies**

*Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company     Company name:              Beneficiary:                    Surrender or refund value:
of each policy and list its value. ...

_____     _____     _____

_____     _____     _____

_____     _____     _____

32.  **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ........   [                                    ]              _____

33.  **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ...............  [                                    ]              _____

34.  **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ...............  [                                    ]              _____

35.  **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information. ........   [                                    ]              _____

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .................................................................................................... ➞   [  $25,772.87  ]

---

**Part 5:**        Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37.  **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

---

Debtor **Bridges-Pass, Jamye Waltrina; Pass, Scott Ariel**          Case number *(if known)* _____

---

38.   **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe. .........

39.   **Office equipment, furnishings, and supplies**

*Examples:*   Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe. .........

40.   **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe. .........

41.   **Inventory**

☑ No

☐ Yes. Describe. .........

42.   **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

          Name of entity:                                   % of ownership:

43.   **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

          ☐ No

          ☐ Yes. Describe. .........

Debtor  **Bridges-Pass, Jamye Waltrina; Pass, Scott Ariel**                    Case number *(if known)* _____

---

44.  **Any business-related property you did not already list**

    ☑ No

    ☐ Yes. Give specific
        information .........

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**
    **for Part 5. Write that number here** ....................................................................................................... ➔   | $0.00 |

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| | **If you own or have an interest in farmland, list it in Part 1.** |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ☑ No. Go to Part 7.

    ☐ Yes. Go to line 47.

                                                       **Current value of the portion you own?** Do not deduct secured claims or exemptions.

47.  **Farm animals**

    *Examples:* Livestock, poultry, farm-raised fish

    ☑ No

    ☐ Yes .........................

48.  **Crops—either growing or harvested**

    ☑ No

    ☐ Yes. Give specific
        information. ............

49.  **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

    ☑ No

    ☐ Yes .........................

50.  **Farm and fishing supplies, chemicals, and feed**

    ☑ No

    ☐ Yes .........................

Debtor  **Bridges-Pass, Jamye Waltrina; Pass, Scott Ariel**                    Case number *(if known)* _____

---

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific information. ............ | | _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ..................................................................... ➡  | **$0.00**

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**

*Examples:*  Season tickets, country club membership

☑ No

☐ Yes. Give specific information. ............ | | _____
_____
_____
_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........................... ➡  | **$0.00**

| Part 8: | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ........................................................................................ ➡  | **$162,800.00**

56. **Part 2: Total vehicles, line 5**                   $57,870.00

57. **Part 3: Total personal and household items, line 15**                   $8,225.00

58. **Part 4: Total financial assets, line 36**                   $25,772.87

59. **Part 5: Total business-related property, line 45**                   $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**                   $0.00

61. **Part 7: Total other property not listed, line 54**         +         $0.00

62. **Total personal property. Add lines 56 through 61.** ...............   $91,867.87   Copy personal property total ➡ +   $91,867.87

63. **Total of all property on Schedule A/B. Add line 55 + line 62.** ........................................................   $254,667.87

NCMB-91C (04/21)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In the Matter of: | **Bridges-Pass, Jamye Waltrina** ) | Case No. _____ |
| | **Pass, Scott Ariel** ) | |
| | ) | **DEBTOR'S CLAIM FOR** |
| | ) | **PROPERTY EXEMPTIONS** |
| | **Debtor.** ) | |
| | ) | |

> **NOTE:** You must complete this form in addition to Official Form 106C (Schedule 'C') to claim property as exempt if: (1) your domicile was located in North Carolina for the 730 days immediately preceding the date of the filing of the petition, or (2) your domicile was not located in a single state for those 730 days, but your domicile was located in North Carolina for 180 days immediately preceding the 730-day period or for a longer portion of such 180-day period than in any other place. For more information, please refer to Local Rule 4003-1 of the United States Bankruptcy Court for the Middle District of North Carolina. Schedule 'C' may be found at  https://www.uscourts.gov/forms/bankruptcy-forms.

I,      Jamye Waltrina Bridges-Pass      , the undersigned Debtor, hereby claim the following property as exempt pursuant to 11 U.S.C. § 522(b)(3)(A), (B), and (C), the laws of the state of North Carolina, and non-bankruptcy federal law.

1.  **REAL OR PERSONAL PROPERTY USED BY DEBTOR OR DEBTOR'S DEPENDENT AS RESIDENCE OR BURIAL PLOT.** (NCGS 1C-1601(a)(1)).

    Select appropriate exemption amount below:

    ☐ Total net value not to exceed $35,000.

    ☑ Total net value not to exceed $60,000. (Debtor is unmarried, 65 years of age or older, property was previously owned by Debtor as a tenant by the entireties or joint tenant with rights of survivorship, and former co-owner is deceased.)

| Description of Property & Address | Market Value | Mtg. Holder or Lien Holder(s) | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|
| **Debtors' Primary Residence** | **$162,800.00** | **Midland Mortgage Corporation** | **$78,230.00** | **$84,570.00** |

|  |  |  |
|---|---|---|
| (a) Total Net Value | $ | 84,570.00 |
| Total Net Exemption | $ | 30,000.00 |
| (b) Unused portion of exemption, not to exceed $5,000. | $ | 5,000.00 |

(This amount, if any, may be carried forward and used to claim an exemption in any property owned by Debtor. (NCGS 1C-1601(a)(2)).

2.  **TENANCY BY THE ENTIRETY.** The following property is claimed as exempt pursuant to 11 U.S.C. § 522(b)(3)(B) and the laws of the state of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property & Address | Market Value | Mtg. Holder or Lien Holder(s) | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|
| | | | | |

3.  **MOTOR VEHICLE.** (NCGS 1C-1601(a)(3). Only one vehicle allowed under this paragraph, with net value claimed as exempt not to exceed $3,500.)

| Year, Make, Model of Auto | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| **2022 Nissan Altima** | **$24,840.00** | **Capital One, National Association** | **$24,508.39** | **$331.61** |

|  |  |  |
|---|---|---|
| (a) Statutory allowance | $ | 3,500.00 |

(b) Amount from 1(b) above to be used in this paragraph.
(A part or all of 1(b) may be used as needed.)     $ _____ 0.00

               Total Net Exemption    $ _____ 3,500.00

4. **TOOLS OF TRADE, IMPLEMENTS, OR PROFESSIONAL BOOKS.** (NCGS 1C-1601(a)(5). Used by Debtor or Debtor's dependent. Total net value of all items claimed as exempt not to exceed $2,000.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| | | | | |

(a) Statutory allowance               $ _____ 2,000.00

(b) Amount from 1(b) above to be used in this paragraph.
(A part or all of 1(b) may be used as needed.)     $ _____ 0.00

               Total Net Exemption    $ _____ 0.00

5. **PERSONAL PROPERTY USED FOR HOUSEHOLD OR PERSONAL PURPOSES NEEDED BY DEBTOR OR DEBTOR'S DEPENDENTS.** (NCGS 1C-1601(a)(4). Debtor's aggregate interest, not to exceed $5,000 in value for Debtor plus $1,000 for each dependent of Debtor, not to exceed $4,000 total for dependents.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| **Miscellaneous household goods and furnishings (including items listed in SOFA #21)** **Value determined by used replacement cost** **Joint** | **$2,000.00** | | **$0.00** | **$2,000.00** |
| **Miscellaneous electronics including cell phones, computers, tablets, game consoles and games, televisions, phones, and cameras.** **Value determined by used replacement cost** **Joint** | **$500.00** | | **$0.00** | **$500.00** |
| **Miscellaneous clothing and apparel** **Value determined by used replacement cost** **Debtor 1** | **$1,000.00** | | **$0.00** | **$1,000.00** |
| **\*\*SURRENDER\*\*** **Refrigerator** **Value Determined by Used Replacement Cost** **Joint** | **$500.00** | **Conn Appliances, Inc.** | **$1,638.73** | **$0.00** |
| **Wedding Jewelry** **Value Determined by Used Replacement Cost** **Joint** | **$725.00** | | **$0.00** | **$725.00** |

               Total Net Value    $ _____ 2,612.50

(a) Statutory allowance for Debtor        $ _____ 5,000.00

(b) Statutory allowance for Debtor's dependents: _____0_____ dependents
at $1,000 each (not to exceed $4,000 total for dependents)    $ _____0.00_____

(c) Amount from 1(b) above to be used in this paragraph.
(A part or all of 1(b) may be used as needed.)    $ _____0.00_____

Total Net Exemption    $ _____5,000.00_____

6. **LIFE INSURANCE.** (NCGS 1C-1601(a)(6) and Article X, Section 5 of North Carolina Constitution.)

Name of Insurance Company / Name of Insured /
Policy No. / Policy Date    _____

Name of Beneficiary    _____

7. **PROFESSIONALLY PRESCRIBED HEALTH AIDS (FOR DEBTOR OR DEBTOR'S DEPENDENTS).** (NCGS 1C-1601(a)(7). No limit on value.)

Description:  **Two CPAP Machines**
**Value Determined by Used Replacement Cost**
**Joint**
_____

8. **DEBTOR'S RIGHT TO RECEIVE THE FOLLOWING COMPENSATION:** (NCGS 1C-1601(a)(8). No limit on number or amount.)

A.  $ _____    Compensation for personal injury, including compensation from private disability policies or annuities.

B.  $ _____    Compensation for death of a person upon whom Debtor was dependent for support.

9. **INDIVIDUAL RETIREMENT PLANS AS DEFINED IN THE INTERNAL REVENUE CODE AND ANY PLAN TREATED IN THE SAME MANNER AS AN INDIVIDUAL RETIREMENT PLAN UNDER THE INTERNAL REVENUE CODE** (NCGS 1C-1601(a)(9). No limit on number or amount.) **AND OTHER RETIREMENT FUNDS DEFINED IN 11 U.S.C. § 522(b)(3)(C).**

| Detailed Description | Value |
|---|---|
| **Type of Retirement: 401(k)** **ERISA qualified** **Value determined by recent balance** **Debtor 1** | **$21,000.00** |

10. **COLLEGE SAVINGS PLANS QUALIFIED UNDER SECTION 529 OF THE INTERNAL REVENUE CODE.** (NCGS 1C-1601(a)(10). Total net value not to exceed $25,000 and may not include any funds placed in a college savings plan within the preceding 12 months, except to the extent any of the contributions were made in the ordinary course of Debtor's financial affairs and were consistent with Debtor's past pattern of contributions. This exemption applies only to the extent that the funds are for a child of Debtor and will actually be used for the child's college or university expenses.)

| Detailed Description | Value |
|---|---|
| | |

11. **RETIREMENT BENEFITS UNDER A RETIREMENT PLAN OF OTHER STATE OR GOVERNMENTAL UNIT OF OTHER STATE, TO THE EXTENT THOSE BENEFITS ARE EXEMPT UNDER THE LAWS OF THAT STATE OR GOVERNMENTAL UNIT.** (NCGS 1C-1601(a)(11). No limit on amount.)

Description: _____

12. **ALIMONY, SUPPORT, SEPARATE MAINTENANCE, AND CHILD SUPPORT PAYMENTS OR FUNDS THAT HAVE BEEN RECEIVED OR TO WHICH DEBTOR IS ENTITLED.** (NCGS 1C-1601(a)(12). No limit on amount to the extent such payments are reasonably necessary for the support of Debtor or a dependent of Debtor.)

Description: _____

13. **ANY OTHER REAL OR PERSONAL PROPERTY WHICH DEBTOR DESIRES TO CLAIM AS EXEMPT THAT HAS NOT PREVIOUSLY BEEN CLAIMED ABOVE.** (NCGS 1C-1601(a)(2). The amount claimed may not exceed the remaining amount available under paragraph 1(b) which has not been used for other exemptions.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value | Value Claimed as Exempt |
|---|---|---|---|---|---|
| Miscellaneous jewelry Value determined by used replacement cost Joint | $500.00 | | $0.00 | $500.00 | $500.00 |
| Cash on hand Joint | $20.00 | | $0.00 | $20.00 | $20.00 |
| Name of Bank : Wells Fargo Value determined by recent account balance Debtor 1 | $253.75 | | $0.00 | $253.75 | $253.75 |
| Name of Bank : Wells Fargo Value determined by recent account balance Joint | $290.00 | | $0.00 | $290.00 | $290.00 |
| Name of Bank : Bank of Oak Ridge Value determined by recent account balance Debtor 1 | $30.36 | | $0.00 | $30.36 | $30.36 |
| Name of Bank : Bank of Oak Ridge Value determined by recent account balance Debtor 1 and Non-Filing Person | $50.00 | | $0.00 | $50.00 | $25.00 |
| **EMPTY** Name of Bank : Truliant Value determined by recent account balance Joint | $0.00 | | $0.00 | $0.00 | $0.00 |
| Name of Bank : Truist Bank Value determined by recent account balance Debtor 1 | $74.31 | | $0.00 | $74.31 | $74.31 |

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value | Value Claimed as Exempt |
|---|---|---|---|---|---|
| **Name of Bank :** **Wells Fargo** **Value determined** **by recent account** **balance** | | | | | |
| **Debtor 1** | **$24.44** | | **$0.00** | **$24.44** | **$24.24** |
| **Name of Bank :** **Bank of Oak Ridge** **Value determined** **by recent account** **balance** | | | | | |
| **Debtor 1** | **$150.01** | | **$0.00** | **$150.01** | **$150.01** |
| **Name of Bank :** **Truliant** **Value determined** **by recent account** **balance** | | | | | |
| **Joint** | **$5.00** | | **$0.00** | **$5.00** | **$5.00** |

(a) Total Net Value of property claimed in paragraph 13.                                              $ _____965.37_

(b) Total amount available from paragraph 1(b).                    $ ____5,000.00__

(c) Less amounts from paragraph 1(b) which were
    Used in the following paragraphs:

|   |   |   |
|---|---|---|
| Paragraph 3(b) | $ | 0.00 |
| Paragraph 4(b) | $ | 0.00 |
| Paragraph 5(c) | $ | 0.00 |

Net Balance Available from paragraph 1(b)                         $ ____5,000.00__

Total Net Exemption                         $ ____5,000.00__

14. **OTHER EXEMPTIONS CLAIMED UNDER THE LAWS OF THE STATE OF NORTH CAROLINA:**

> **NONE**

15. **EXEMPTIONS CLAIMED UNDER NON-BANKRUPTCY FEDERAL LAW:**

> **NONE**

16. **RECENT PURCHASES**

The exemptions provided in NCGS 1C-1601(a)(2), (3), (4), and (5) are inapplicable with respect to tangible personal property purchased by Debtor less than 90 days preceding the initiation of judgment collection proceedings or the filing of a petition for bankruptcy, unless the purchase of the property is directly traceable to the liquidation or conversion of property that may be exempt and no additional property was transferred into or used to acquire the replacement property.

List tangible personal property purchased by Debtor less than 90 days preceding the filing of the bankruptcy petition:

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
|  |  |  |  |  |

**DATE:** _____**09/17/2025**_____          _____**/s/ Jamye Waltrina Bridges-Pass**_____

Jamye Waltrina Bridges-Pass
Debtor


*If you choose "Other," you must describe the statutory basis for the exemption. A non-exhaustive list of additional exemptions may be found on the Court's website, http://www.ncmb.uscourts.gov/.

NCMB-91C (04/21)

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

In the Matter of:  **Bridges-Pass, Jamye Waltrina**                )          Case No. _____

                  **Pass, Scott Ariel**                )

                                          )          **DEBTOR'S CLAIM FOR**

                                          )          **PROPERTY EXEMPTIONS**

                          **Debtor.**                )

                                           )

---

**NOTE: You must complete this form in addition to Official Form 106C (Schedule 'C') to claim property as exempt if: (1) your domicile was located in North Carolina for the 730 days immediately preceding the date of the filing of the petition, or (2) your domicile was not located in a single state for those 730 days, but your domicile was located in North Carolina for 180 days immediately preceding the 730-day period or for a longer portion of such 180-day period than in any other place. For more information, please refer to Local Rule 4003-1 of the United States Bankruptcy Court for the Middle District of North Carolina. Schedule 'C' may be found at  https://www.uscourts.gov/forms/bankruptcy-forms.**

---

I, _____Scott Ariel Pass_____ , the undersigned Debtor, hereby claim the following property as exempt pursuant to 11 U.S.C. § 522(b)(3)(A), (B), and (C), the laws of the state of North Carolina, and non-bankruptcy federal law.

1.  **REAL OR PERSONAL PROPERTY USED BY DEBTOR OR DEBTOR'S DEPENDENT AS RESIDENCE OR BURIAL PLOT.** (NCGS 1C-1601(a)(1)).

    Select appropriate exemption amount below:

    ☑ Total net value not to exceed $35,000.

    ☐ Total net value not to exceed $60,000. (Debtor is unmarried, 65 years of age or older, property was previously owned by Debtor as a tenant by the entireties or joint tenant with rights of survivorship, and former co-owner is deceased.)

| Description of Property & Address | Market Value | Mtg. Holder or Lien Holder(s) | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|
| | | | | |

          (a) Total Net Value                                     $ _____0.00

                Total Net Exemption                       $ _____0.00

          (b) Unused portion of exemption, not to exceed $5,000.  $ _____5,000.00
    (This amount, if any, may be carried forward and used to claim an exemption in any property owned by Debtor. (NCGS 1C-1601(a)(2)).

2.  **TENANCY BY THE ENTIRETY.** The following property is claimed as exempt pursuant to 11 U.S.C. § 522(b)(3)(B) and the laws of the state of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property & Address | Market Value | Mtg. Holder or Lien Holder(s) | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|
| | | | | |

3.  **MOTOR VEHICLE.** (NCGS 1C-1601(a)(3). Only one vehicle allowed under this paragraph, with net value claimed as exempt not to exceed $3,500.)

| Year, Make, Model of Auto | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| 2020 Cadillac XT6 | $33,030.00 | Truliant Federal Credit Union | $40,215.84 | $0.00 |

          (a) Statutory allowance                   $ _____3,500.00

(b) Amount from 1(b) above to be used in this paragraph.
(A part or all of 1(b) may be used as needed.)      $ _____ 0.00

                    Total Net Exemption    $ _____ 3,500.00

4. **TOOLS OF TRADE, IMPLEMENTS, OR PROFESSIONAL BOOKS.** (NCGS 1C-1601(a)(5). Used by Debtor or Debtor's dependent. Total net value of all items claimed as exempt not to exceed $2,000.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| | | | | |

(a) Statutory allowance      $ _____ 2,000.00

(b) Amount from 1(b) above to be used in this paragraph.
(A part or all of 1(b) may be used as needed.)      $ _____ 0.00

                    Total Net Exemption    $ _____ 0.00

5. **PERSONAL PROPERTY USED FOR HOUSEHOLD OR PERSONAL PURPOSES NEEDED BY DEBTOR OR DEBTOR'S DEPENDENTS.** (NCGS 1C-1601(a)(4). Debtor's aggregate interest, not to exceed $5,000 in value for Debtor plus $1,000 for each dependent of Debtor, not to exceed $4,000 total for dependents.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| Miscellaneous household goods and furnishings (including items listed in SOFA #21) Value determined by used replacement cost **Joint** | $2,000.00 | | $0.00 | $2,000.00 |
| Miscellaneous electronics including cell phones, computers, tablets, game consoles and games, televisions, phones, and cameras. Value determined by used replacement cost **Joint** | $500.00 | | $0.00 | $500.00 |
| Miscellaneous clothing and apparel Value determined by used replacement cost **Debtor 2** | $2,000.00 | | $0.00 | $2,000.00 |
| **SURRENDER** Refrigerator Value Determined by Used Replacement Cost **Joint** | $500.00 | Conn Appliances, Inc. | $1,638.73 | $0.00 |
| Wedding Jewelry Value Determined by Used Replacement Cost **Joint** | $725.00 | | $0.00 | $725.00 |

                    Total Net Value    $ _____ 2,112.50

(a) Statutory allowance for Debtor      $ _____ 5,000.00

(b) Statutory allowance for Debtor's dependents: _____0_____ dependents
at $1,000 each (not to exceed $4,000 total for dependents)        $ _____0.00_____

(c) Amount from 1(b) above to be used in this paragraph.
(A part or all of 1(b) may be used as needed.)        $ _____0.00_____

Total Net Exemption        $ _____5,000.00_____

6.  **LIFE INSURANCE.** (NCGS 1C-1601(a)(6) and Article X, Section 5 of North Carolina Constitution.)

Name of Insurance Company / Name of Insured /        _____
Policy No. / Policy Date

Name of Beneficiary        _____

7.  **PROFESSIONALLY PRESCRIBED HEALTH AIDS (FOR DEBTOR OR DEBTOR'S DEPENDENTS).** (NCGS 1C-1601(a)(7). No limit on value.)

Description:   **Two CPAP Machines
Value Determined by Used Replacement Cost
Joint** _____

8.  **DEBTOR'S RIGHT TO RECEIVE THE FOLLOWING COMPENSATION:** (NCGS 1C-1601(a)(8). No limit on number or amount.)

A.  $ _____   Compensation for personal injury, including compensation from private disability policies or annuities.

B.  $ _____   Compensation for death of a person upon whom Debtor was dependent for support.

9.  **INDIVIDUAL RETIREMENT PLANS AS DEFINED IN THE INTERNAL REVENUE CODE AND ANY PLAN TREATED IN THE SAME MANNER AS AN INDIVIDUAL RETIREMENT PLAN UNDER THE INTERNAL REVENUE CODE** (NCGS 1C-1601(a)(9). No limit on number or amount.) **AND OTHER RETIREMENT FUNDS DEFINED IN 11 U.S.C. § 522(b)(3)(C).**

**Detailed Description**        **Value**

_____        _____

10.  **COLLEGE SAVINGS PLANS QUALIFIED UNDER SECTION 529 OF THE INTERNAL REVENUE CODE.** (NCGS 1C-1601(a)(10). Total net value not to exceed $25,000 and may not include any funds placed in a college savings plan within the preceding 12 months, except to the extent any of the contributions were made in the ordinary course of Debtor's financial affairs and were consistent with Debtor's past pattern of contributions. This exemption applies only to the extent that the funds are for a child of Debtor and will actually be used for the child's college or university expenses.)

**Detailed Description**        **Value**

_____        _____

11.  **RETIREMENT BENEFITS UNDER A RETIREMENT PLAN OF OTHER STATE OR GOVERNMENTAL UNIT OF OTHER STATE, TO THE EXTENT THOSE BENEFITS ARE EXEMPT UNDER THE LAWS OF THAT STATE OR GOVERNMENTAL UNIT.** (NCGS 1C-1601(a)(11). No limit on amount.)

Description: _____

12.  **ALIMONY, SUPPORT, SEPARATE MAINTENANCE, AND CHILD SUPPORT PAYMENTS OR FUNDS THAT HAVE BEEN RECEIVED OR TO WHICH DEBTOR IS ENTITLED.** (NCGS 1C-1601(a)(12). No limit on amount to the extent such payments are reasonably necessary for the support of Debtor or a dependent of Debtor.)

Description: _____

13.  **ANY OTHER REAL OR PERSONAL PROPERTY WHICH DEBTOR DESIRES TO CLAIM AS EXEMPT THAT HAS NOT PREVIOUSLY BEEN CLAIMED ABOVE.** (NCGS 1C-1601(a)(2). The amount claimed may not exceed the remaining amount available under paragraph 1(b) which has not been used for other exemptions.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value | Value Claimed as Exempt |
|---|---|---|---|---|---|
| **Miscellaneous jewelry Value determined by used replacement cost** Joint | **$500.00** | | **$0.00** | **$500.00** | **$500.00** |
| **Cash on hand** Joint | **$20.00** | | **$0.00** | **$20.00** | **$20.00** |
| **Name of Bank : Wells Fargo Value determined by recent account balance** Joint | **$290.00** | | **$0.00** | **$290.00** | **$290.00** |
| ****EMPTY** Name of Bank : Truliant Value determined by recent account balance** Joint | **$0.00** | | **$0.00** | **$0.00** | **$0.00** |
| **Name of Bank : Truliant Value determined by recent account balance** Joint | **$5.00** | | **$0.00** | **$5.00** | **$5.00** |
| **Type of Retirement: 401(k) ERISA qualified Value determined by recent balance** Debtor 2 | **$3,900.00** | | **$0.00** | **$3,900.00** | **$3,900.00** |

(a) Total Net Value of property claimed in paragraph 13.          $    4,307.50

(b) Total amount available from paragraph 1(b).      $    5,000.00

(c) Less amounts from paragraph 1(b) which were
     Used in the following paragraphs:

           Paragraph 3(b)      $    0.00

           Paragraph 4(b)      $    0.00

           Paragraph 5(c)      $    0.00

           Net Balance Available from paragraph 1(b)      $    5,000.00

              Total Net Exemption      $    5,000.00

14. **OTHER EXEMPTIONS CLAIMED UNDER THE LAWS OF THE STATE OF NORTH CAROLINA:**

| |
|---|
| **NONE** |

15. **EXEMPTIONS CLAIMED UNDER NON-BANKRUPTCY FEDERAL LAW:**

| |
|---|
| **NONE** |

16.   **RECENT PURCHASES**

The exemptions provided in NCGS 1C-1601(a)(2), (3), (4), and (5) are inapplicable with respect to tangible personal property purchased by Debtor less than 90 days preceding the initiation of judgment collection proceedings or the filing of a petition for bankruptcy, unless the purchase of the property is directly traceable to the liquidation or conversion of property that may be exempt and no additional property was transferred into or used to acquire the replacement property.

List tangible personal property purchased by Debtor less than 90 days preceding the filing of the bankruptcy petition:

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| | | | | |

DATE:    09/17/2025                                    /s/ Scott Ariel Pass

                                                       Scott Ariel Pass
                                                       Debtor

*If you choose "Other," you must describe the statutory basis for the exemption. A non-exhaustive list of additional exemptions may be found on the Court's website, http://www.ncmb.uscourts.gov/.

Fill in this information to identify your case:

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Scott** | **Ariel** | **Pass** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Middle** District of **North Carolina**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **2.1** **Capital One, National Association** | Describe the property that secures the claim: | $24,508.39 | $24,840.00 | $0.00 |
| Creditor's Name | **2022 Nissan Altima**<br>Includes: Aluminum/Alloy Wheels | | | |
| **Attn: Officer** | | | | |
| **1680 Capital One Drive** | As of the date you file, the claim is: Check all that apply. | | | |
| Number        Street | ☐ Contingent | | | |
| **Mc Lean, VA 22102** | ☐ Unliquidated | | | |
| City        State        ZIP Code | ☐ Disputed | | | |
| **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| ☑ Debtor 1 only | ☐ An agreement you made (such as mortgage or secured car loan) | | | |
| ☐ Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Judgment lien from a lawsuit | | | |
| ☐ At least one of the debtors and another | ☐ Other (including a right to offset) _____ | | | |
| ☐ **Check if this claim relates to a community debt** | | | | |
| Date debt was incurred **08/02/2022** | Last 4 digits of account number **6  9  2  0** | | | |

| Add the dollar value of your entries in Column A on this page. Write that number here: | $24,508.39 | |
|---|---|---|

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Scott** | **Ariel** | **Pass** | |
| | First Name | Middle Name | Last Name | |

| Part 1: | **Additional Page** | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

| 2.2 | **Conn Appliances, Inc.** | Describe the property that secures the claim: | $1,638.73 | $500.00 | $1,138.73 |
|---|---|---|---|---|---|

Creditor's Name

**Attn: Officer**

**2445 Technology Forest Blvd Ste 800**

| Number | Street |

**The Woodlands, TX 77381**

City     State     ZIP Code

**\*\*SURRENDER\*\* Refrigerator Value Determined by Used Replacement Cost Joint**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **04/30/2024**   Last 4 digits of account number   **6   5   3   0**

Remarks:  **\*\*SURRENDER\*\***

| Add the dollar value of your entries in Column A on this page. Write that number here: | $1,638.73 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | _____ |

| Debtor 1 | __Jamye__ | __Waltrina__ | __Bridges-Pass__ | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | __Scott__ | __Ariel__ | __Pass__ | |
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim** | **Value of collateral that supports this claim** | **Unsecured portion** |
| | | Do not deduct the value of collateral. | | If any |

---

**2.3**

| **Midland Mortgage Corporation** | Describe the property that secures the claim: | $78,230.00 | $162,800.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Officer**

| **Debtors' Primary Residence** |
|---|
| **5011 Bartholomews Lane Greensboro, NC 27407** |

**1500 Richland Street**

Number     Street

**As of the date you file, the claim is:** Check all that apply.

**Columbia, SC 29201**

City     State     ZIP Code

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

- ☑ Debtor 1 only
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Debtor 2 only
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Debtor 1 and Debtor 2 only
- ☐ Judgment lien from a lawsuit
- ☐ At least one of the debtors and another
- ☐ Other (including a right to offset) _____

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____     **Last 4 digits of account number**   6   2   5   9

---

**2.4**

| **Truliant Federal Credit Union** | Describe the property that secures the claim: | $40,215.84 | $33,030.00 | $7,185.84 |
|---|---|---|---|---|

Creditor's Name

**Attn: Officer**

| **2020 Cadillac XT6** |
|---|
| **Includes: Rear Entertainment System; Rear Parking Sensors; Technology Package; Heads-Up Display; Certified Pre-Owned; Driver Assist Package; Adaptive Cruise Control; Luggage Rack; Navigation System; Rear Bucket Seats** |

**3200 Truliant Way**

Number     Street

**As of the date you file, the claim is:** Check all that apply.

**Winston Salem, NC 27103**

City     State     ZIP Code

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

- ☐ Debtor 1 only
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Debtor 2 only
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Debtor 1 and Debtor 2 only
- ☐ Judgment lien from a lawsuit
- ☐ At least one of the debtors and another
- ☐ Other (including a right to offset) _____

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** __08/31/2023__     **Last 4 digits of account number**   2   8   6

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $118,445.84 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $144,592.96 |

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page __3__ of __3__

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Scott** | **Ariel** | **Pass** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Middle** District of **North Carolina**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **Duncan Law, LLP** | Last 4 digits of account number ___ ___ ___ ___ | $4,500.00 | $4,500.00 | $0.00 |
| Priority Creditor's Name | | | | |

**3447 Robinhood Rd. #202**

Number      Street

**When was the debt incurred?** _____

_____

**Winston Salem, NC 27106**

City          State       ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   **Attorney Fees**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Scott** | **Ariel** | **Pass** | |
| | First Name | Middle Name | Last Name | |

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.2** | **Guilford County Tax Department**

| | | **$0.00** | **$0.00** | **$0.00** |
|---|---|---|---|---|

Priority Creditor's Name

**Attn: Bankruptcy**

**400 W Market St.**
Number      Street

**Greensboro, NC 27401**
City          State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Remarks:** Taxes Owed (Notice Only)

**2.3** | **Internal Revenue Service**

| | | **$6,214.01** | **$6,214.01** | **$0.00** |
|---|---|---|---|---|

Priority Creditor's Name

**Attn: Centralized Insolvency Operation**

**P.O. Box 7346**
Number      Street

**Philadelphia, PA 19101-7346**
City          State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Remarks:** Taxes Owed (2022, 2023)

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Scott** | **Ariel** | **Pass** | |
| | First Name | Middle Name | Last Name | |

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

---

**2.4**

**North Carolina Department of Revenue**
Priority Creditor's Name

**Attn: Bankruptcy Unit**

**PO Box 2500**
Number          Street

**Raleigh, NC 27640**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Taxes Owed (2022, 2023)

Last 4 digits of account number  ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

| Total claim | Priority amount | Nonpriority amount |
|---|---|---|
| $823.66 | $823.66 | $0.00 |

---

**2.5**

**United States Attorney's Office**
Priority Creditor's Name

**Middle District of North Carolina**

**101 S. Edgeworth Street 4th Floor**
Number          Street

**Greensboro, NC 27401**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Taxes Owed (Notice Only)

Last 4 digits of account number  ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

| Total claim | Priority amount | Nonpriority amount |
|---|---|---|
| $0.00 | $0.00 | $0.00 |

---

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Scott** | **Ariel** | **Pass** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | **Total claim** |
|---|---|---|

**4.1** **American Express National Bank**

Nonpriority Creditor's Name

**Attn : Officer**

**115 W Towne Ridge Pkwy**

Number          Street

**Sandy, UT 84070**

City                  State                  ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2    0    0    3**          $3,530.53

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card (Multiple)**

**4.2** **Barclays Bank Delaware**

Nonpriority Creditor's Name

**Attn: Officer**

**125 S West St.**

Number          Street

**Wilmington, DE 19801**

City                  State                  ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5    2    9    2**          $363.15

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card (Multiple)**

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Scott** | **Ariel** | **Pass** | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.3** | **Best Egg Services, LLC** | | | $9,289.98

Nonpriority Creditor's Name

**Attn: Officer**

**PO Box 207865**

Number           Street

**Dallas, TX 75320**

City                    State                    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **0    0    6    7**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Personal Loan**

---

**4.4** | **Capital One, National Association** | | | $5,138.98

Nonpriority Creditor's Name

**Attn: Officer**

**1680 Capital One Drive**

Number           Street

**Mc Lean, VA 22102**

City                    State                    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **0    4    7    2**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card (Multiple)**

---

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Scott** | **Ariel** | **Pass** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.5**

| **Capital One, National Association** | Last 4 digits of account number    0   2   0   4 | $5,745.59 |
|---|---|---|

Nonpriority Creditor's Name

**Attn: Officer**

When was the debt incurred? _____

**1680 Capital One Drive**

Number        Street

As of the date you file, the claim is: Check all that apply.

**Mc Lean, VA 22102**

City            State            ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card (Multiple)**

**Is the claim subject to offset?**

☑ No
☐ Yes

**4.6**

| **Citibank, National Association** | Last 4 digits of account number    4   5   3   2 | $2,245.76 |
|---|---|---|

Nonpriority Creditor's Name

**Attn: Officer**

When was the debt incurred? _____

**5800 S Corporate Place**

Number        Street

As of the date you file, the claim is: Check all that apply.

**Sioux Falls, SD 57108**

City            State            ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** | Case number *(if known)* _____ |
|----------|-----------|--------------|------------------|---------|
| Debtor 2 | **Scott** | **Ariel** | **Pass** | |
| | First Name | Middle Name | Last Name | |

### Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.7** Citibank, National Association

Nonpriority Creditor's Name

**Attn: Officer**

**5800 S Corporate Place**

Number          Street

**Sioux Falls, SD 57108**

City                State              ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **8   8   4   3**        $2,133.49

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

**4.8** Comenity Bank

Nonpriority Creditor's Name

**Attn: Officer**

**1 Righter Parkway Ste 100**

Number          Street

**Wilmington, DE 19803-1533**

City                State              ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **7   1   6   4**        $200.00

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Scott** | **Ariel** | **Pass** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.          **Total claim**

---

**4.9**  **Concora Credit**

Nonpriority Creditor's Name

**Attn: Officer**

**PO Box 4499**

Number          Street

**Beaverton, OR 97076**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   6   7   2   6          **$541.07**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

**4.10**  **Cone Health Ventures, LLC**

Nonpriority Creditor's Name

**Attn: Officer**

**1200 N Elm St.**

Number          Street

**Greensboro, NC 27401**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   5   1   3   0          **$2,109.00**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical Bill**

---

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Scott** | **Ariel** | **Pass** | |
| | First Name | Middle Name | Last Name | |

**Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                              **Total claim**

**4.11**  **Credit One Bank, National Association**         Last 4 digits of account number    **8   0   8   1**          **$4,400.36**
Nonpriority Creditor's Name
**Attn: Officer**                                             **When was the debt incurred?**    _____

**6801 South Cimmaron Road**
Number        Street                                        **As of the date you file, the claim is:** Check all that apply.
**Las Vegas, NV 89113**                                     ☐ Contingent
City          State          ZIP Code                       ☐ Unliquidated
                                                            ☐ Disputed
**Who incurred the debt?** Check one.
☑ Debtor 1 only                                             **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only                                             ☐ Student loans
☐ Debtor 1 and Debtor 2 only                                ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ At least one of the debtors and another                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**           ☑ Other. Specify   **Credit Card (Multiple)**

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.12**  **Credit One Bank, National Association**         Last 4 digits of account number    **5   3   2   8**          **$1,800.00**
Nonpriority Creditor's Name
**Attn: Officer**                                             **When was the debt incurred?**    _____

**6801 South Cimmaron Road**
Number        Street                                        **As of the date you file, the claim is:** Check all that apply.
**Las Vegas, NV 89113**                                     ☐ Contingent
City          State          ZIP Code                       ☐ Unliquidated
                                                            ☐ Disputed
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                             **Type of NONPRIORITY unsecured claim:**
☑ Debtor 2 only                                             ☐ Student loans
☐ Debtor 1 and Debtor 2 only                                ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ At least one of the debtors and another                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**           ☑ Other. Specify   **Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Scott** | **Ariel** | **Pass** | |
| | First Name | Middle Name | Last Name | |

### Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

**4.13**  **Equifax, Inc**

Nonpriority Creditor's Name

**Attn: Bankruptcy Notification**

**PO Box 740241**

Number          Street

**Atlanta, GA 30374**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___          $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Bureau (Notice Only)**

**4.14**  **Experian**

Nonpriority Creditor's Name

**Attn: Bankruptcy Notification**

**PO Box 9701**

Number          Street

**Allen, TX 75013**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___          $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Bureau (Notice Only)**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Scott** | **Ariel** | **Pass** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

| | | Total claim |
|---|---|---|

### 4.15 First Bank & Trust

Nonpriority Creditor's Name

**Attn: Officer**

**520 6th St.**
Number          Street

**Brookings, SD 57006-2028**
City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    5  6  4  0                    $1,313.08

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

### 4.16 First Premier Bank, National Association

Nonpriority Creditor's Name

**Attn: Officer**

**500 S. Minnesota Ave**
Number          Street

**Sioux Falls, SD 57104**
City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    8  3  7  2                    $1,471.49

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Scott** | **Ariel** | **Pass** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.17** | **JPMorgan Chase Bank, N.A.**

Nonpriority Creditor's Name

**Attn: Officer**

**1111 Polaris Pkwy**

Number        Street

**Columbus, OH 43240-2031**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **0   1   1   4**        **$8,960.00**

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

**4.18** | **Rachel's Keep HOA**

Nonpriority Creditor's Name

**Attn: Officer**

**5110 Strasburg Drive**

Number        Street

**Greensboro, NC 27407**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___        **$2,706.00**

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   _____

---

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Scott** | **Ariel** | **Pass** | |
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

### 4.19   Synchrony Bank

Nonpriority Creditor's Name

**Attn: Officer**

**170 W Election Rd Ste 125**

Number          Street

**Draper, UT 84020-6425**

City                State            ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number     **6   8   9   1**     $2,754.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card (Multiple)**

### 4.20   Transportation Alliance Bank, Inc. d/b/a TAB Bank

Nonpriority Creditor's Name

**Attn: Officer**

**4185 Harrison Blvd. Ste 200**

Number          Street

**Ogden, UT 84403-6400**

City                State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number     **2   9   3   3**     $1,182.17

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** | Case number *(if known)* _____ |
|---|---|---|---|---|

| Debtor 2 | **Scott** | **Ariel** | **Pass** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |

---

**4.21** TransUnion

Nonpriority Creditor's Name

**Attn: Bankruptcy Notification**

**PO Box 1000**

Number           Street

**Crum Lynne, PA 19022**

City           State           ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Bureau (Notice Only)**

---

**4.22** Truliant Federal Credit Union

Nonpriority Creditor's Name

**Attn: Officer**

**3200 Truliant Way**

Number           Street

**Winston Salem, NC 27103**

City           State           ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   9   4   7   3          **$3,543.97**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Personal Loan**

---

| Debtor 1 | Jamye | Waltrina | Bridges-Pass | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Scott | Ariel | Pass | |
| | First Name | Middle Name | Last Name | |

## Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.23**  **Upgrade, Inc.**

Nonpriority Creditor's Name

**Attn: Officer**

**275 Battery St. Ste 2300**

Number          Street

**San Francisco, CA 94111**

City                    State                    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **2   4   5   9**          **$4,913.10**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Personal Loan**

---

**4.24**  **WebBank**

Nonpriority Creditor's Name

**Attn: Officer**

**215 S State St. Ste 1000**

Number          Street

**Salt Lake Cty, UT 84111-2336**

City                    State                    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **3   9   4   7**          **$3,382.77**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Scott** | **Ariel** | **Pass** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

---

**4.25** **Wells Fargo Bank, National Association**
Nonpriority Creditor's Name

**Attn: Officer**

**101 N. Phillips Ave.**
Number          Street

**Sioux Falls, SD 57104**
City               State               ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    5    0    1    7          $7,016.22

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

**4.26** **Wells Fargo Bank, National Association**
Nonpriority Creditor's Name

**Attn: Officer**

**101 N. Phillips Ave.**
Number          Street

**Sioux Falls, SD 57104**
City               State               ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    9    2    0    3          $1,457.87

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

| | | |
|---|---|---|
| Debtor 1 | **Jamye**　　　　**Waltrina**　　　　**Bridges-Pass** | Case number *(if known)* _____ |
| Debtor 2 | **Scott**　　　　**Ariel**　　　　**Pass** | |
| | First Name　　Middle Name　　Last Name | |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$7,037.67** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | **$4,500.00** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | **$11,537.67** |

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **$0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$73,492.58** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | **$76,198.58** |

Fill in this information to identify your case:

Debtor 1    **Jamye**              **Waltrina**              **Bridges-Pass**
            First Name            Middle Name              Last Name

Debtor 2    **Scott**              **Ariel**                **Pass**
(Spouse, if filing)  First Name    Middle Name              Last Name

United States Bankruptcy Court for the:    **Middle**    District of    **North Carolina**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number          Street | |
| City          State          ZIP Code | |
| **2.2** | |
| Name | |
| Number          Street | |
| City          State          ZIP Code | |
| **2.3** | |
| Name | |
| Number          Street | |
| City          State          ZIP Code | |
| **2.4** | |
| Name | |
| Number          Street | |
| City          State          ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Scott** | **Ariel** | **Pass** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Middle** _____ District of ___ **North Carolina** ___

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 106H

# Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   - ☑ No
   - ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☑ No. Go to line 3.
   - ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
     - ☐ No
     - ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number          Street

   _____
   City          State          ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F,* or *Schedule G* to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** _____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br>City    State    ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br>City    State    ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

**Fill in this information to identify your case:**

| Debtor 1 | Jamye | Waltrina | Bridges-Pass |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Scott | Ariel | Pass |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Middle** District of **North Carolina**

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | | Spa Director | Teacher |
| Employer's name | | Koury Corporation | Guilford County Schools |
| Employer's address | | 1000 Club Road | 712 N Eugene Street |
| | | Number     Street | Number     Street |
| | | Greensboro, NC 27406 | Greensboro, NC 27401 |
| | | City     State     ZIP Code | City     State     ZIP Code |
| How long employed there? | | 6 years | 2 years 6 months |

| Part 2: | Give Details About Monthly Income |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $4,619.77 | $4,936.46 |
| 3. | Estimate and list monthly overtime pay. | 3. | + $0.00 | + $0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $4,619.77 | $4,936.46 |

| Debtor 1 | Jamye | Waltrina | Bridges-Pass | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Scott | Ariel | Pass | |
| | First Name | Middle Name | Last Name | |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here........................................................➔ 4. | | $4,619.77 | $4,936.46 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $813.56 | $804.22 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $0.00 | $251.19 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $231.01 | $206.82 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |
| 5e. | **Insurance** | 5e. | $219.66 | $123.37 |
| 5f. | **Domestic support obligations** | 5f. | $0.00 | $0.00 |
| 5g. | **Union dues** | 5g. | $0.00 | $0.00 |
| 5h. | **Other deductions.** Specify: See additional page | 5h. + | $39.69 | + $0.00 |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.  6.   $1,303.92   $1,385.60

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $3,315.85   $3,550.86

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $0.00   $0.00

8b. **Interest and dividends**   8b.   $0.00   $0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $0.00   $0.00

8d. **Unemployment compensation**   8d.   $0.00   $0.00

8e. **Social Security**   8e.   $0.00   $1,908.19

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____   8f.   $0.00   $0.00

8g. **Pension or retirement income**   8g.   $0.00   $0.00

8h. **Other monthly income.** Specify: _____   8h. +   $0.00   + $0.00

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   9.   $0.00   $1,908.19

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $3,315.85   +   $5,459.05   =   $8,774.90

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Scott** | **Ariel** | **Pass** | |
| | First Name | Middle Name | Last Name | |

---

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

   Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

   Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

   Specify: _____    11. **+** _____    **$0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
   Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies

   12. **$8,774.90**

   **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

   ☑ No.

   ☐ Yes. Explain: _____

| Debtor 1 | Jamye | Waltrina | Bridges-Pass | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | Scott | Ariel | Pass | |
| | First Name | Middle Name | Last Name | |

| 1. **Fill in your employment information.** *Continued.* | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| | Occupation | | Server |
| | Employer's name | | Fleming's Restaurant |
| | Employer's address | | 3342 W Friendly Avenue |
| | | Number      Street | Number      Street |
| | | | |
| | | | |
| | | | Greensboro, NC 27410 |
| | | City      State      ZIP Code | City      State      ZIP Code |
| | How long employed there? | _____ | 4 years |

| 5h. **Other Deductions For Debtor 1** | **Amount** |
|---|---|
| **Other Insurance** | $18.85 |
| **Flex Spending Account** | $20.84 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Scott** | **Ariel** | **Pass** |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Middle District of North Carolina** | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses                                                  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

       ☑ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**      ☑ No

   Do not list Debtor 1 and Debtor 2.      ☐ Yes. Fill out this information for each dependent..............

   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No.  ☐ Yes. |
   | _____ | _____ | ☐ No.  ☐ Yes. |
   | _____ | _____ | ☐ No.  ☐ Yes. |
   | _____ | _____ | ☐ No.  ☐ Yes. |
   | _____ | _____ | ☐ No.  ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**      ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$673.00** |
| If not included in line 4: | | |
| 4a.  Real estate taxes | 4a. | **$0.00** |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | **$316.00** |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | **$125.00** |
| 4d.  Homeowner's association or condominium dues | 4d. | **$249.00** |

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** |
|----------|-----------|--------------|------------------|
| Debtor 2 | **Scott** | **Ariel** | **Pass** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

|  |  | Your expenses |
|--|--|---------------|

| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. | $0.00 |
|----|---|----|-------|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $270.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $0.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $489.00 |
| | 6d. Other. Specify: _____ | 6d. | $0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $938.00 |
| 8. | **Childcare and children's education costs** | 8. | $0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $125.00 |
| 10. | **Personal care products and services** | 10. | $125.00 |
| 11. | **Medical and dental expenses** | 11. | $160.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $450.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $95.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $150.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $0.00 |
| | 15b. Health insurance | 15b. | $31.00 |
| | 15c. Vehicle insurance | 15c. | $0.00 |
| | 15d. Other insurance. Specify: _____ | 15d. | $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: __Vehicle Taxes_____ | 16. | $91.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $0.00 |
| | 17c. Other. Specify: _____ | 17c. | $0.00 |
| | 17d. Other. Specify: _____ | 17d. | $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a. Mortgages on other property | 20a. | $0.00 |
| | 20b. Real estate taxes | 20b. | $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $0.00 |

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** | |
|---|---|---|---|---|
| Debtor 2 | **Scott** | **Ariel** | **Pass** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

| | | | | |
|---|---|---|---|---|
| 21. | **Other.** Specify: **Miscellaneous Expenses** | | 21. + | $200.00 |
| | | | | |
| 22. | **Calculate your monthly expenses.** | | | |
| | 22a. Add lines 4 through 21. | | 22a. | $4,487.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | 22b. | $0.00 |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | 22c. | $4,487.00 |
| | | | | |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 (your combined monthly income) from *Schedule I.* | | 23a. | $8,774.90 |
| | 23b. Copy your monthly expenses from line 22c above. | | 23b. − | $4,487.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | | 23c. | $4,287.90 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Scott** | **Ariel** | **Pass** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Middle District of North Carolina** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*.................................................. | $162,800.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*....................................... | $91,867.87 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*................................................. | $254,667.87 |

### Part 2:  Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $144,592.96 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | $11,537.67 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + $76,198.58 |
| **Your total liabilities** | $232,329.21 |

### Part 3:  Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.................................................. | $8,774.90 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*.................................................. | $4,487.00 |

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** | |
|---|---|---|---|---|
| Debtor 2 | **Scott** | **Ariel** | **Pass** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

**Part 4:**  Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$8,235.75

9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $7,037.67 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g. **Total**. Add lines 9a through 9f. | $7,037.67 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Scott** | **Ariel** | **Pass** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Middle District of North Carolina**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Jamye Waltrina Bridges-Pass**          X **/s/ Scott Ariel Pass**

Jamye Waltrina Bridges-Pass, Debtor 1          Scott Ariel Pass, Debtor 2

Date **09/17/2025**          Date **09/17/2025**
    MM/ DD/ YYYY                  MM/ DD/ YYYY

**Fill in this information to identify your case:**

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Scott** | **Ariel** | **Pass** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Middle District of North Carolina**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number   Street | From _____ To _____ | _____ Number   Street | From _____ To _____ |
| _____ City          State   ZIP Code | | _____ City          State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number   Street | From _____ To _____ | _____ Number   Street | From _____ To _____ |
| _____ City          State   ZIP Code | | _____ City          State   ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | Jamye | Waltrina | Bridges-Pass |
|----------|-------|----------|--------------|
| Debtor 2 | Scott | Ariel | Pass |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

**Part 2:** Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|----------|---|----------|---|
| | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | **$36,986.00** | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | **$40,322.59** |
| **For last calendar year:** (January 1 to December 31, **2024** ) YYYY | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | **$53,822.00** | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | **$55,023.00** |
| **For the calendar year before that:** (January 1 to December 31, **2023** ) YYYY | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | **$52,254.00** | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | **$54,207.00** |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|----------|---|----------|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross Income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | | VA Benefits | **$15,264.00** |
| **For last calendar year:** (January 1 to December 31, **2024** ) YYYY | | | VA Benefits | **$22,896.00** |
| **For the calendar year before that:** (January 1 to December 31, **2023** ) YYYY | | | VA Benefits | **$22,896.00** |

| Debtor 1 | Jamye | Waltrina | Bridges-Pass |
|---|---|---|---|
| Debtor 2 | Scott | Ariel | Pass |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

## Part 3:  List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ **No.** **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

 During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

 ☐ No. Go to line 7.

 ☐ Yes.  List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

 * Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☑ **Yes.** **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

 During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

 ☐ No. Go to line 7.

 ☑ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Capital One, National Association**<br>Creditor's Name<br>**Attn: Officer**<br>**1680 Capital One Drive**<br>Number    Street<br>**Mc Lean, VA 22102**<br>City    State    ZIP Code | **6/2025**<br>**7/2025**<br>**8/2025** | **$2,082.12** | **$24,508.39** | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| **Midland Mortgage Corporation**<br>Creditor's Name<br>**Attn: Officer**<br>**1500 Richland Street**<br>Number    Street<br>**Columbia, SC 29201**<br>City    State    ZIP Code | **6/2025**<br>**7/2025**<br>**8/2025** | **$2,019.00** | **$78,230.00** | ☑ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| **Truliant Federal Credit Union**<br>Creditor's Name<br>**Attn: Officer**<br>**3200 Truliant Way**<br>Number    Street<br>**Winston Salem, NC 27103**<br>City    State    ZIP Code | **6/2025**<br>**7/2025**<br>**8/2025** | **$2,658.24** | **$40,215.84** | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** |
|----------|-----------|--------------|------------------|
| Debtor 2 | **Scott** | **Ariel** | **Pass** |
|          | First Name | Middle Name | Last Name |

Case number *(if known)* _____

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

|  | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|--|------------------|-------------------|----------------------|-------------------------|
| _____<br>Insider's Name | _____ | _____ | _____ |  |
| _____<br>Number    Street | _____ |  |  |  |
| _____ | _____ |  |  |  |
| _____<br>City            State    ZIP Code |  |  |  |  |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

|  | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|--|------------------|-------------------|----------------------|---------------------------------------------------|
| _____<br>Insider's Name | _____ | _____ | _____ |  |
| _____<br>Number    Street | _____ |  |  |  |
| _____ | _____ |  |  |  |
| _____<br>City            State    ZIP Code |  |  |  |  |

**Part 4:**  Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☑ No

☐ Yes. Fill in the details.

Debtor 1  **Jamye** **Waltrina** **Bridges-Pass**
        **Scott** **Ariel** **Pass**

Debtor 2

    First Name       Middle Name       Last Name

Case number *(if known)* _____

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title _____ <br><br> _____ <br><br> Case number _____ | | Court Name _____ <br><br> Number    Street _____ <br><br> City _____ State ___ ZIP Code ___ | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name _____ <br><br> Number    Street _____ <br><br> _____ <br><br> City _____ State ___ ZIP Code ___ | | _____ | _____ |
| | **Explain what happened** | | |
| | ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name _____ <br><br> Number    Street _____ <br><br> City _____ State ___ ZIP Code ___ | | _____ | _____ |

Last 4 digits of account number: XXXX– __ __ __ __

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

| Debtor 1 | Jamye | Waltrina | Bridges-Pass |
|----------|-------|----------|--------------|
| Debtor 2 | Scott | Ariel | Pass |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| Part 5: | List Certain Gifts and Contributions |
|---------|---------------------------------------|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ Person to Whom You Gave the Gift | | _____ | _____ |
| _____ Number    Street | | _____ | _____ |
| _____ City              State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____ Charity's Name | | _____ | _____ |
| _____ Number    Street | | _____ | _____ |
| _____ City              State    ZIP Code | | | |

| Part 6: | List Certain Losses |
|---------|---------------------|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | **Jamye Scott** | **Waltrina Ariel** | **Bridges-Pass Pass** | | |
|---|---|---|---|---|---|
| Debtor 2 | | | | | |
| | First Name | Middle Name | Last Name | | |
| | | | | Case number *(if known)* _____ | |

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | _____ |

---

**Part 7:** List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Duncan Law, LLP** | **Attorney's Fee** | **7/31/2025** | **$1,500.00** |
| Person Who Was Paid | | | |
| **3447 Robinhood Rd. #202** | | | |
| Number      Street | | | |
| | | | |
| **Winston Salem, NC 27106** | | | |
| City                State      ZIP Code | | | |
| **damonduncan@duncanlawonline.com** | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| | | _____ | _____ |
| Number      Street | | | |
| | | _____ | _____ |
| | | | |
| City                State      ZIP Code | | | |

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** |
|---|---|---|---|
| Debtor 2 | **Scott** | **Ariel** | **Pass** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | _____ |
| Number    Street | | | |
| City              State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| | | |

| **Part 8:** | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| Debtor 1 | **Jamye Scott** | **Waltrina Ariel** | **Bridges-Pass Pass** | | |
|---|---|---|---|---|---|
| Debtor 2 | First Name | Middle Name | Last Name | Case number *(if known)* | |

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Name of Financial Institution** | XXXX– ___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | _____ |
| **Number     Street** | | | | |
| | | | | |
| **City          State    ZIP Code** | | | | |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐ No

☑ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Wells Fargo Bank, National Association**<br>Name of Financial Institution | _____<br>Name | **Old family pictures (included in Schedule A/B).** | ☐ No<br>☑ Yes |
| **3001 Randleman Road**<br>Number     Street | _____<br>Number     Street | | |
| | _____<br>City          State    ZIP Code | | |
| **Greensboro, NC 27406**<br>City          State    ZIP Code | | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Name of Storage Facility** | _____<br>Name | | ☐ No<br>☐ Yes |
| **Number     Street** | _____<br>Number     Street | | |
| | _____<br>City          State    ZIP Code | | |
| **City          State    ZIP Code** | | | |

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** |
|----------|-----------|--------------|------------------|
| Debtor 2 | **Scott** | **Ariel** | **Pass** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

## Part 9:  Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name _____ | Number    Street _____ | | _____ |
| Number    Street _____ | City          State    ZIP Code _____ | | |
| City          State    ZIP Code _____ | | | |

## Part 10:  Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site _____ | Governmental unit _____ | | _____ |
| Number    Street _____ | Number    Street _____ | | |
| City          State    ZIP Code _____ | City          State    ZIP Code _____ | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

Official Form 107                **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                page **10**

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** |
|----------|-----------|--------------|------------------|
| Debtor 2 | **Scott** | **Ariel** | **Pass** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Name of site _____    Governmental unit _____

Number    Street _____    Number    Street _____

_____    City        State    ZIP Code _____

City        State    ZIP Code _____

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | Court Name _____ | | ☐ Pending |
| | | | ☐ On appeal |
| _____ | Number    Street _____ | | ☐ Concluded |
| Case number _____ | City        State    ZIP Code _____ | | |

---

## Part 11:   Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Name _____ | | EIN: __ __ – __ __ __ __ __ __ __ |
| Number    Street _____ | Name of accountant or bookkeeper | Dates business existed |
| _____ | | From _____ To _____ |
| City        State    ZIP Code _____ | | |

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** | |
|---|---|---|---|---|
| Debtor 2 | **Scott** | **Ariel** | **Pass** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| | **Date issued** |
|---|---|
| _____ | _____ |
| Name | MM / DD / YYYY |
| _____ | |
| Number    Street | |
| _____ | |
| _____ | |
| City           State    ZIP Code | |

---

**Part 12:** Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X /s/ Jamye Waltrina Bridges-Pass**
Signature of Jamye Waltrina Bridges-Pass, Debtor 1

**X /s/ Scott Ariel Pass**
Signature of Scott Ariel Pass, Debtor 2

Date **09/17/2025**

Date **09/17/2025**

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of North Carolina

**In re**    Bridges-Pass, Jamye Waltrina

　　　　　Pass, Scott Ariel                                            Case No. _____

**Debtor**                                                          Chapter _____ 13 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ **FLAT FEE**

For legal services, I have agreed to accept ......................................................................    **$6,000.00**

Prior to the filing of this statement I have received ........................................................    **$1,500.00**

Balance Due ......................................................................................................................    **$4,500.00**

☐ **RETAINER**

For legal services, I have agreed to accept and received a retainer of .................................    _____

The undersigned shall bill against the retainer at an hourly rate of .........................................    _____
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.    _____ **$313.00** _____ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

4.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

5.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

B2030 (Form 2030) (12/15)

      b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

      c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **09/17/2025** | **/s/ Damon Duncan** |
|---|---|
| *Date* | Damon Duncan |
| | *Signature of Attorney* |

Bar Number: 39650
Duncan Law, LLP
3447 Robinhood Rd. #202
Winston Salem, NC 27106
Phone: (336) 245-4294

**Duncan Law, LLP**
*Name of law firm*

---

Date:    **09/17/2025**                    **/s/ Jamye Waltrina Bridges-Pass**
                                                      *Jamye Waltrina Bridges-Pass*

                                                   **/s/ Scott Ariel Pass**
                                                            *Scott Ariel Pass*

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Scott** | **Ariel** | **Pass** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Middle District of North Carolina**

Case number
(if known) _____

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☐ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☑ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☐ 3. The commitment period is 3 years.

☑ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

# Official Form 122C-1

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

10/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

## Part 1: Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☑ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | **$4,583.68** | **$3,652.07** |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse. | **$0.00** | **$0.00** |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | **$0.00** | **$0.00** |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | − $0.00 | − $0.00 | | | |
| Net monthly income from a business, profession, or farm | $0.00 | $0.00 | Copy here → | **$0.00** | **$0.00** |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | − $0.00 | − $0.00 | | | |
| Net monthly income from rental or other real property | $0.00 | $0.00 | Copy here → | **$0.00** | **$0.00** |

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** |
| | **Scott** | **Ariel** | **Pass** |
| Debtor 2 | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $0.00 | $0.00 |
| 8. **Unemployment compensation** | $0.00 | $0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: .................................................... ↓

| | |
|---|---|
| For you................................................................. | $0.00 |
| For your spouse................................................... | $1,908.19 |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

        $0.00         $0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

_____

_____

| Total amounts from separate pages, if any. | + _____ | + _____ | |
|---|---|---|---|

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

   $4,583.68   +   $3,652.07   =   **$8,235.75**

Total average monthly income

---

**Part 2:** Determine How to Measure Your Deductions from Income

12. **Copy your total average monthly income from line 11.** .................................................................. $8,235.75

13. **Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 below.

☑ You are married and your spouse is filing with you. Fill in 0 below.

☐ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

_____  _____

_____  _____

_____  + _____

| Total....................................................................... | $0.00 | Copy here. → | - $0.00 |
|---|---|---|---|

14. **Your current monthly income.** Subtract the total in line 13 from line 12.              $8,235.75

| | | |
|---|---|---|
| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** |

Debtor 1 **Jamye** **Waltrina** **Bridges-Pass Pass**
Debtor 2 **Scott** **Ariel**

First Name    Middle Name    Last Name

Case number *(if known)* _____

---

**15. Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here ⟶ ..................................................................................... **$8,235.75**

Multiply line 15a by 12 (the number of months in a year). **x 12**

15b. The result is your current monthly income for the year for this part of the form........................ **$98,829.00**

---

**16. Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live. **North Carolina**

16b. Fill in the number of people in your household. **2**

16c. Fill in the median family income for your state and size of household. ................................. **$80,315.00**

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**17. How do the lines compare?**

17a. ☐ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3)*. **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C–2).

17b. ☑ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3)*. **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C–2).** On line 39 of that form, copy your current monthly income from line 14 above.

---

**Part 3:**   Calculate Your Commitment Period Under 11 U.S.C. §1325(b)(4)

**18. Copy your total average monthly income from line 11.** .................................................. **$8,235.75**

**19. Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

19a. If the marital adjustment does not apply, fill in 0 on line 19a. ........................................... **- $0.00**

19b. **Subtract line 19a from line 18.** **$8,235.75**

**20. Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b........................................................................................................ **$8,235.75**

Multiply by 12 (the number of months in a year). **x 12**

20b. The result is your current monthly income for the year for this part of the form. **$98,829.00**

20c. Copy the median family income for your state and size of household from line 16c. ................. **$80,315.00**

**21. How do the lines compare?**

☐ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

☑ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

---

**Part 4:**   Sign Below

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X **/s/ Jamye Waltrina Bridges-Pass**          X **/s/ Scott Ariel Pass**
Signature of Debtor 1                          Signature of Debtor 2

Date **09/17/2025**                            Date **09/17/2025**
MM/ DD/ YYYY                                   MM/ DD/ YYYY

If you checked 17a, do NOT fill out or file Form 122C–2.

If you checked 17b, fill out Form 122C–2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

Fill in this information to identify your case:

| Debtor 1 | Jamye | Waltrina | Bridges-Pass |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Scott | Ariel | Pass |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:        **Middle District of North Carolina**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 122C-2

# Chapter 13 Calculation of Your Disposable Income

04/25

To fill out this form, you will need your completed copy of *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period* **(Official Form 122C–1).**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).**

## Part 1:  Calculate Your Deductions from Your Income

**The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.**

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not include any operating expenses that you subtracted from income in lines 5 and 6 of Form 122C–1, and do not deduct any amounts that you subtracted from your spouse's income in line 13 of Form 122C–1.

If your expenses differ from month to month, enter the average expense.

Note: Line numbers 1-4 are not used in this form. These numbers apply to information required by a similar form used in chapter 7 cases.

5. **The number of people used in determining your deductions from income**

   Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.

   2

| National Standards | You must use the IRS National Standards to answer the questions in lines 6-7. |
|---|---|

6. **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.

   $1,481.00

7. **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories—people who are under 65 and people who are 65 or older—because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** | |
|---|---|---|---|---|
| Debtor 2 | **Scott** | **Ariel** | **Pass** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| People who are under 65 years of age | | | |
|---|---|---|---|
| 7a. | Out-of-pocket health care allowance per person | **$84.00** | |
| 7b. | Number of people who are under 65 | X __2__ | |
| 7c. | Subtotal. Multiply line 7a by line 7b. | **$168.00** | Copy here → **$168.00** |

| People who are 65 years of age or older | | | |
|---|---|---|---|
| 7d. | Out-of-pocket health care allowance per person | **$149.00** | |
| 7e. | Number of people who are 65 or older | X __0__ | |
| 7f. | Subtotal. Multiply line 7d by line 7e. | **$0.00** | Copy here → + **$0.00** |

7g. **Total.** Add lines 7c and 7f. ......................................................................... **$168.00**  Copy here →..... **$168.00**

| **Local Standards** | You must use the IRS Local Standards to answer the questions in lines 8-15. |
|---|---|

**Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:**

- Housing and utilities – Insurance and operating expenses
- Housing and utilities – Mortgage or rent expenses

**To answer the questions in lines 8-9, use the U.S. Trustee Program chart. To find the chart, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.**

8. **Housing and utilities – Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses.  **$647.00**

9. **Housing and utilities – Mortgage or rent expenses:**

   9a. Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses.  **$1,218.00**

   9b. Total average monthly payment for all mortgages and other debts secured by your home.

   To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Next divide by 60.

| Name of the creditor | Average monthly payment |
|---|---|
| **Midland Mortgage Corporation** | **$673.00** |
| | |
| | + _____ |

   9b. Total average monthly payment  **$673.00**  Copy here → – **$673.00**  Repeat this amount on line 33a.

   9c. Net mortgage or rent expense.
   Subtract line 9b (*total average monthly payment*) from line 9a (*mortgage or rent expense*). If this number is less than $0, enter $0.  **$545.00**  Copy here →..... **$545.00**

10. **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.**  **$0.00**

   Explain why: _____

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** | |
|---|---|---|---|---|
| Debtor 2 | **Scott** | **Ariel** | **Pass** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

☐ 0. Go to line 14.

☐ 1. Go to line 12.

☑ 2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area.                                                    $562.00

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

| Vehicle 1 | Describe Vehicle 1: | **2022 Nissan Altima** |
|---|---|---|
| | | **Includes: Aluminum/Alloy Wheels** |

13a. Ownership or leasing costs using IRS Local Standard......................................   $662.00

13b. Average monthly payment for all debts secured by Vehicle 1.

Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|---|---|
| **Capital One, National Association** | **$0.00** |

+ _____

Total average monthly payment   **$0.00**   Copy here →      −   **$0.00**
Repeat this amount on line 33b.

13c. Net Vehicle 1 ownership or lease expense

Subtract line 13b from line 13a. If this number is less than $0, enter $0............   **$662.00**

Copy net Vehicle 1 expense here →                $662.00

| Vehicle 2 | Describe Vehicle 2: | **2020 Cadillac XT6** |
|---|---|---|
| | | **Includes: Rear Entertainment System; Rear Parking Sensors; Technology Package; Heads-Up Display; Certified Pre-Owned; Driver Assist Package; Adaptive Cruise Control; Luggage Rack; Navigation System; Rear Bucket Seats** |

13d. Ownership or leasing costs using IRS Local Standard......................................   $662.00

13e. Average monthly payment for all debts secured by Vehicle 2.

Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|---|---|
| **Truliant Federal Credit Union** | **$0.00** |

+ _____

Total average monthly payment   **$0.00**   Copy here →      −   **$0.00**
Repeat this amount on line 33c.

13f. Net Vehicle 2 ownership or lease expense

Subtract line 13e from line 13d. If this number is less than $0, enter $0............   **$662.00**

Copy net Vehicle 2 expense here →                $662.00

14. **Public transportation expense: If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation.**                                                    _____

15. **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation*.                                                    $0.00

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** | |
|---|---|---|---|---|
| Debtor 2 | **Scott** | **Ariel** | **Pass** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| **Other Necessary Expenses** | In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories. |
|---|---|

16. **Taxes:** The total monthly amount that you actually pay for federal, state and local taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.
Do not include real estate, sales, or use taxes. **$1,316.68**

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.
Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings. **$151.20**

18. **Life insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance.
Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term. **$53.67**

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.
Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35. **$0.00**

20. **Education:** The total monthly amount that you pay for education that is either required:
   ■ as a condition for your job, or
   ■ for your physically or mentally challenged dependent child if no public education is available for similar services. **$0.00**

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.
Do not include payments for any elementary or secondary school education. **$0.00**

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.
Payments for health insurance or health savings accounts should be listed only in line 25. **$0.00**

23. **Optional telephones and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.
Do not include payments for basic home telephone, internet or cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Form 122C-1, or any amount you previously deducted. + **$0.00**

24. **Add all of the expenses allowed under the IRS expense allowances.**
Add lines 6 through 23. **$6,248.55**

| **Additional Expense Deductions** | These are additional deductions allowed by the Means Test. *Note:* Do not include any expense allowances listed in lines 6-24. |
|---|---|

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

| Health insurance | | $211.13 | |
|---|---|---|---|
| Disability insurance | | $60.37 | |
| Health savings account | + | $0.00 | |
| Total | | $271.50 | Copy total here → ......................................................... **$271.50** |

Do you actually spend this total amount?

☐ No. How much do you actually spend? _____

☑ Yes

26. **Continuing contributions to the care of household or family members.**
The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. These expenses may include contributions to an account of a qualified ABLE program. 26 U.S.C. § 529A(b). **$0.00**

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.
By law, the court must keep the nature of these expenses confidential. **$0.00**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** |
| Debtor 2 | **Scott** | **Ariel** | **Pass** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

---

28. **Additional home energy costs.** Your home energy costs are included in your insurance and operating expenses on line 8.

    If you believe that you have home energy costs that are more than the home energy costs included in expenses on line 8, then fill in the excess amount of home energy costs     **$0.00**

    You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $214.58* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.     **$0.00**

    You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

    * Subject to adjustment on 4/01/28, and every 3 years after that for cases begun on or after the date of adjustment.

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.     **$0.00**

    To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

    You must show that the additional amount claimed is reasonable and necessary.

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 11 U.S.C. § 548(d)3 and (4).     + **$0.00**

    Do not include any amount more than 15% of your gross monthly income.

32. **Add all of the additional expense deductions.**
    Add lines 25 through 31.     **$271.50**

---

### Deductions for Debt Payment

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33e.**

    To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

    | | Average monthly payment |
    |---|---|
    | **Mortgages on your home** | |
    | 33a. Copy line 9b here .................................................................→ | **$673.00** |
    | **Loans on your first two vehicles** | |
    | 33b. Copy line 13b here ...............................................................→ | **$0.00** |
    | 33c. Copy line 13e here ...............................................................→ | **$0.00** |

    33d. List other secured debts:

    | Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
    |---|---|---|---|
    | **Conn Appliances, Inc.** | **\*\*SURRENDER\*\* Refrigerator Value Determined by Used Replacement Cost Joint** | ☑ No<br>☐ Yes | **$8.33** |
    | | | ☐ No<br>☐ Yes | |
    | | | ☐ No<br>☐ Yes | + _____ |

    | | | |
    |---|---|---|
    | 33e. Total average monthly payment. Add lines 33a through 33d. ................................ | **$681.33** | Copy total here→     **$681.33** |

---

| Debtor 1 | Jamye | Waltrina | Bridges-Pass |
|---|---|---|---|
| Debtor 2 | Scott | Ariel | Pass |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

---

**34.** **Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

☐ No. Go to line 35.

☑ Yes. State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | | Monthly cure amount |
|---|---|---|---|---|
| _____ | _____ | _____ | ÷ 60 = | _____ |
| _____ | _____ | _____ | ÷ 60 = | _____ |
| _____ | _____ | _____ | ÷ 60 = | + _____ |

Total $0.00    Copy total here →    $0.00

**35.** **Do you owe any priority claims—such as a priority tax, child support, or alimony—that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

☐ No. Go to line 36.

☑ Yes. Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

Total amount of all past-due priority claims......................................... $7,037.67    ÷ 60    $117.30

**36.** **Projected monthly Chapter 13 plan payment**    $1,800.00

Current multiplier for your district as stated on the list issued by the Administrative Office of the United States Courts (for districts in Alabama and North Carolina) or by the Executive Office for United States Trustees (for all other districts).

To find a list of district multipliers that includes your district, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.    X    9.50%

Average monthly administrative expense    $171.00    Copy total here →    $171.00

**37.** **Add all of the deductions for debt payment.** Add lines 33e through 36.    $969.63

---

**Total Deductions from Income**

**38.** **Add all of the allowed deductions.**

Copy line 24, *All of the expenses allowed under IRS expense allowances* ......................................    $6,248.55

Copy line 32, *All of the additional expense deductions*.......................................................    $271.50

Copy line 37, *All of the deductions for debt payment*.......................................................    +    $969.63

Total deductions.................................................................................    $7,489.68    Copy total here →    $7,489.68

---

| Debtor 1 | Jamye | Waltrina | Bridges-Pass |
| | **Scott** | **Ariel** | **Pass** |
| Debtor 2 | | | |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

---

**Part 2:** Determine Your Disposable Income Under 11 U.S.C. § 1325(b)(2)

39. **Copy your total current monthly income from line 14 of Form 122C-1, *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period.*** ................................................ **$8,235.75**

40. **Fill in any reasonably necessary income you receive for support for dependent children.** The monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I of Form 122C-1, that you received in accordance with applicable nonbankruptcy law to the extent reasonably necessary to be expended for such child.    **$0.00**

41. **Fill in all qualified retirement deductions.** The monthly total of all amounts that your employer withheld from wages as contributions for qualified retirement plans, as specified in 11 U.S.C. § 541(b)(7) plus all required repayments of loans from retirement plans, as specified in 11 U.S.C. § 362(b)(19).    **$468.87**

42. **Total of all deductions allowed under 11 U.S.C. § 707(b)(2)(A).** Copy line 38 here .... →    **$7,489.68**

43. **Deduction for special circumstances.** If special circumstances justify additional expenses and you have no reasonable alternative, describe the special circumstances and their expenses. You must give your case trustee a detailed explanation of the special circumstances and documentation for the expenses.

| Describe the special circumstances | Amount of expense |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | + _____ |
| **Total** | **$0.00** |

Copy here →    + **$0.00**

44. **Total adjustments.** Add lines 40 through 43............................................    **$7,958.55**    Copy here →  − **$7,958.55**

45. **Calculate your monthly disposable income under § 1325(b)(2).** Subtract line 44 from line 39.    **$277.20**

---

**Part 3:** Change in Income or Expenses

46. **Change in income or expenses.** If the income in Form 122C-1 or the expenses you reported in this form have changed or are virtually certain to change after the date you filed your bankruptcy petition and during the time your case will be open, fill in the information below. For example, if the wages reported increased after you filed your petition, check 122C-1 in the first column, enter line 2 in the second column, explain why the wages increased, fill in when the increase occurred, and fill in the amount of the increase.

| Form | Line | Reason for change | Date of change | Increase or decrease? | Amount of change |
|---|---|---|---|---|---|
| ☐ 122C-1 | ____ | _____ | _____ | ☐ Increase | _____ |
| ☐ 122C-2 | | | | ☐ Decrease | |
| ☐ 122C-1 | ____ | _____ | _____ | ☐ Increase | _____ |
| ☐ 122C-2 | | | | ☐ Decrease | |

| Debtor 1 | **Jamye** | **Waltrina** | **Bridges-Pass** |
|---|---|---|---|
| Debtor 2 | **Scott** | **Ariel** | **Pass** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

## Part 4:  Sign Below

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** **/s/ Jamye Waltrina Bridges-Pass** _____

Signature of Debtor 1

Date **09/17/2025** _____
　　MM/　DD/　YYYY

**X** **/s/ Scott Ariel Pass** _____

Signature of Debtor 2

Date **09/17/2025** _____
　　MM/　DD/　YYYY

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

IN RE: **Bridges-Pass, Jamye Waltrina**
     **Pass, Scott Ariel**

CASE NO

CHAPTER **13**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **09/17/2025**     Signature         **/s/ Jamye Waltrina Bridges-Pass**
                                             Jamye Waltrina Bridges-Pass, Debtor

Date   **09/17/2025**     Signature         **/s/ Scott Ariel Pass**
                                             Scott Ariel Pass, Joint Debtor

American Express National
Bank
Attn : Officer
115 W Towne Ridge Pkwy
Sandy, UT 84070

Barclays Bank Delaware
Attn: Officer
125 S West St.
Wilmington, DE 19801

Best Egg Services, LLC
Attn: Officer
PO Box 207865
Dallas, TX 75320

Capital One, National
Association
Attn: Officer
1680 Capital One Drive
Mc Lean, VA 22102

Citibank, National Association
Attn: Officer
5800 S Corporate Place
Sioux Falls, SD 57108

Comenity Bank
Attn: Officer
1 Righter Parkway Ste 100
Wilmington, DE 19803-1533

Concora Credit
Attn: Officer
PO Box 4499
Beaverton, OR 97076

Cone Health Ventures, LLC
Attn: Officer
1200 N Elm St.
Greensboro, NC 27401

Conn Appliances, Inc.
Attn: Officer
2445 Technology Forest Blvd Ste 800
The Woodlands, TX 77381


Credit One Bank, National
Association
Attn: Officer
6801 South Cimmaron Road
Las Vegas, NV 89113

Equifax, Inc
Attn: Bankruptcy Notification
PO Box 740241
Atlanta, GA 30374


Experian
Attn: Bankruptcy Notification
PO Box 9701
Allen, TX 75013


First Bank & Trust
Attn: Officer
520 6th St.
Brookings, SD 57006-2028


First Premier Bank, National
Association
Attn: Officer
500 S. Minnesota Ave
Sioux Falls, SD 57104


Guilford County Tax
Department
Attn: Bankruptcy
400 W Market St.
Greensboro, NC 27401


Internal Revenue Service
Attn: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
Attn: Officer
1111 Polaris Pkwy
Columbus, OH 43240-2031


Midland Mortgage Corporation
Attn: Officer
1500 Richland Street
Columbia, SC 29201


North Carolina Department of
Revenue
Attn: Bankruptcy Unit
PO Box 2500
Raleigh, NC 27640

Rachel's Keep HOA
Attn: Officer
5110 Strasburg Drive
Greensboro, NC 27407


Synchrony Bank
Attn: Officer
170 W Election Rd Ste 125
Draper, UT 84020-6425


Transportation Alliance Bank,
Inc. d/b/a TAB Bank
Attn: Officer
4185 Harrison Blvd. Ste 200
Ogden, UT 84403-6400

TransUnion
Attn: Bankruptcy Notification
PO Box 1000
Crum Lynne, PA 19022


Truliant Federal Credit Union
Attn: Officer
3200 Truliant Way
Winston Salem, NC 27103

United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth Street 4th Floor
Greensboro, NC 27401

Upgrade, Inc.
Attn: Officer
275 Battery St. Ste 2300
San Francisco, CA 94111

WebBank
Attn: Officer
215 S State St. Ste 1000
Salt Lake Cty, UT 84111-2336

Wells Fargo Bank, National Association
Attn: Officer
101 N. Phillips Ave.
Sioux Falls, SD 57104